**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EVARISTUS MACKEY,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-14-2289 |
| v. : | |
| : | (Judge Caputo) |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondents : | |

**O R D E R**

**AND NOW**, this **30th** day of **DECEMBER, 2014,** upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The motion to proceed *in forma pauperis* (Doc. 4) is **GRANTED** for the sole purpose of filing this action.

2. The petition for writ of habeas corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2241 is summarily **DISMISSED** for lack of jurisdiction.

3. The Clerk of Court is directed to close this case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**